UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JERRY W. LEE, TRUSTEE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CAUSE NO: 1:06-cv-701-SEB-VSS |
| ) | |
| MID-REGION CONCRETE, d/b/a ) | |
| MID REGIONAL CONCRETE, LLC, ) | |
| ) | |
| Defendant. ) | |

**DEFAULT JUDGMENT**

The Defendant, Mid-Region Concrete d/b/a Mid Regional Concrete, LLC, having failed to plead or otherwise defend in this action, and its default having been entered, now, upon application of the Plaintiffs and upon affidavit that Defendant is indebted to the Plaintiff Funds for delinquent contributions in the amount of $21,003.55, and the attorneys for Plaintiffs being entitled to a reasonable attorney fee and costs of $1,293.00 for their services rendered in this matter, as shown by the Affidavit of Frederick W. Dennerline, III, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff Funds recover of Defendant the sum of $21,003.55 and that the Funds recover attorney fees, expenses and costs in the amount of $1,293.00, for a total amount due of $22,296.55.

Dated  09/05/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies To:

Frederick W. Dennerline, III
FILLENWARTH DENNERLINE GROTH & TOWE
E-mail: fdennerline@fdgtlaborlaw.com

Mid-Region Concrete d/b/a
Mid Regional Concrete, LLC
c/o Monroe Gray, Registered Agent
4811 Seville Drive
Indianapolis, IN 46228

p/1027c/je